UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MARY TUCKER JONES, | ) | Civil Action No. 5:20-cv-04410-DCC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 6th day of October, 2021, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby

**ORDERED** that the Defendant's motion is granted, and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

s/Donald C. Coggins, Jr.
United States District Judge

October 6, 2021
Florence, South Carolina